AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Chad Downton<br><br>*Defendant(s)* | Case No.  5:24-MJ-19 |

FILED
WILKES BARRE
FEB 29 2024
PER_____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  __01/09/2024 to 02/29/2024__  in the county of  __Luzerne__  in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Attempted Online Enticement |
| 18 U.S.C. 1470 | Attempted Transfer of Obscene Material to a Minor |

This criminal complaint is based on these facts:
See attached Affidvit of Probable Cause.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Bailey, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __02/29/2024__

_____
*Judge's signature*

City and state:  __Wilkes-Barre, PA__

Joseph F. Saporito, Jr., Chief U.S. Magistrate Judge
*Printed name and title*