UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:24-CR-50 |
| | : | |
| v. | : | |
| | : | (Judge Mannion) |
| CHAD DOWNTON, | : | |
| Defendant. | : | |

**INDICTMENT**

FILED
SCRANTON
MAR 05 2024
PER_____
DEPUTY CLERK

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
18 U.S.C. § 2422(b)
(Attempted Online Enticement)

Beginning on or about January 9, 2024, and continuing through on or about February 29, 2024, within the Middle District of Pennsylvania and elsewhere, the defendant,

**CHAD DOWNTON,**

did use a means of interstate and foreign commerce, specifically the internet and an electronic device, to knowingly attempt to persuade, induce, entice, and coerce an individual who CHAD DOWNTON believed had not attained the age of 18 years, to engage in sexual activity for which he could be charged with a criminal offense under Pennsylvania law, namely, Involuntary Deviate Sexual Intercourse, in

violation of Title 18, Pa.C.S.A. §3123(a)(7), and Indecent Assault, in violation of Title 18 Pa.C.S.A. §3126(a)(8).

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
18 U.S.C. § 1470
(Attempted Transfer of Obscene Material to a Minor)

On or about January 10, 2024, within the Middle District of Pennsylvania and elsewhere, the defendant,

**CHAD DOWNTON,**

did knowingly use a facility and means of interstate and foreign commerce to attempt to transfer obscene matter to another individual who the defendant believed had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 3
18 U.S.C. § 1470
(Attempted Transfer of Obscene Material to a Minor)

On or about February 22, 2024, within the Middle District of

2

Pennsylvania and elsewhere, the defendant,

## CHAD DOWNTON,

did knowingly use a facility and means of interstate and foreign commerce to attempt to transfer obscene matter to another individual who the defendant believed had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428; Title 18, United States Code, Section 1467; Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 2428; Title 18, United States Code, Section 1467; Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Section 2422(b), and 1470 of this Indictment, the defendant,

3

## CHAD DOWNTON,

shall forfeit to the United States:

1. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of, the offense;

2. Any property, real or personal, constituting, or derived from proceeds traceable to the offense;

3. Any obscene material produced, transported, mailed, shipped, or received in violation of this chapter;

4. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

5. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

By virtue of the commission of the offenses charged in Counts 1 through 3 this Indictment by the defendant,

## CHAD DOWNTON,

any and all right, title, and interest the defendant may have had in any of the property involved in or traceable to the offenses is vested in the United States and is hereby forfeited to the United States pursuant to

4

Title 18, United States Code, Section 2428; Title 18, United States Code, Section 1467; Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

If any of the property described, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 2428; 18 U.S.C. § 1467; 18 U.S.C.

§ 981(a)(1)(C).

A TRUE BILL

GERARD M. KARAM
United States Attorney

*Tatum Wilson*       3-5-2024
TATUM R. WILSON      Date
Assistant United States Attorney