UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:24-CR-50 |
| CHAD DOWNTON | : | (JUDGE MANNION) |
| Defendant | : | |

# O R D E R

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Defense's objection to Paragraph 29 of the Presentence Investigation Report is **OVERRULED.**

2. Ruling on Defense's objections to Paragraphs 41, 75 and 76 is **RESERVED** until the sentencing hearing.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: August 5, 2025
24-50-01